**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

|  |  |  |
|---|---|---|
| ARCH INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action File No. |
| | ) | 3:18-cv-00401 |
| ADOLFSON & PETERSON, INC. | ) | |
| and AP ATLANTIC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Arch Insurance Company who is the plaintiff makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

**Response:** No.

2. Does party have any parent corporations?

**Response:** Yes. Arch Insurance Company is a wholly-owned subsidiary of Arch Reinsurance Company, whose ultimate parent is Arch Capital Group Ltd.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

**Response:** No.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of this litigation?

**Response:** No.

Dated: July 30, 2018.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

*/s/ Shawn D. Scott*
Shawn D. Scott
North Carolina Bar No. 23463

*Attorneys for the Plaintiff*

3344 Peachtree Road NE, Suite 2400
Atlanta, Georgia 30326
404-876-2700 – telephone
404-875-9433 – facsimile
sscott@wwhgd.com

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

*/s/ Shawn D. Scott*
Shawn D. Scott
North Carolina Bar No. 23463

*Attorneys for the Plaintiff*

3344 Peachtree Road NE, Suite 2400
Atlanta, Georgia 30326
404-876-2700 – telephone
404-875-9433 – facsimile
sscott@wwhgd.com